IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SERGEI LEMBERG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL NO. 3:10-cv-1611 (RNC) |
| | : |
| JP MORGAN CHASE & CO., EQUIFAX INC., | : |
| EXPERIAN INFORMATION SOLUTIONS | : |
| INC., and TRANS UNION LLC, | : |
| | : |
| Defendants. | : |
| | : NOVEMBER 23, 2010 |
| | : |

**ANSWER AND DEFENSES OF
DEFENDANT EQUIFAX INC.**

Equifax Inc. ("Equifax"), by and through its counsel, hereby files its Answer and Defenses to Plaintiff's Complaint as follows:

**ANSWER**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations contained in the headings and/or unnumbered paragraphs in the Complaint. In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

**JURISDICTION**

1.      In response to Paragraph 1 of plaintiff's Complaint, Equifax admits that plaintiff purports to bring this Complaint for damages for alleged violations of the FCRA, state statutes

and common law tort or defamation, all of which Equifax denies any liability.  To the extent that plaintiff can maintain this action, which Equifax denies, it admits that jurisdiction is proper in this Court.

2.	Equifax admits the allegations contained in paragraph 2 of plaintiff's complaint.

3.	Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of plaintiff's complaint.

4.	To the extent that plaintiff can maintain this action, which Equifax denies, it admits that jurisdiction is proper in this Court.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 4 of plaintiff's complaint.

5.	Responding to the allegations of paragraph 5 of plaintiff's complaint, defendant Equifax states that the provisions of the United States Code speak for themselves.

## **PARTIES**

6.	Upon information and belief, Equifax admits the allegations contained in paragraph 6 of plaintiff's complaint.

7.	Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of plaintiff's complaint.

8.	Responding to the allegations contained in paragraph 8 of plaintiff's complaint, Equifax states that it is a foreign company and a credit reporting agency as defined by the FCRA.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of plaintiff's complaint.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of plaintiff's complaint.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of plaintiff's complaint.

## FACTUAL ALLEGATIONS

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of plaintiff's complaint.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of plaintiff's complaint.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of plaintiff's complaint.

14. Responding to the allegations of paragraph 14 of plaintiff's complaint, defendant Equifax states that it received a dispute letter from plaintiff regarding JP Morgan Chase.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 14 of plaintiff's complaint.

15. Equifax denies the allegations contained in paragraph 15 as they pertain to Equifax.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 15 of plaintiff's complaint.

16. Equifax denies the allegations contained in paragraph 16 as they pertain to Equifax.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 16 of plaintiff's complaint.

17. Responding to the allegations of paragraph 17 of plaintiff's complaint, defendant Equifax states that upon receipt of plaintiff's dispute it conducted an investigation which included contacting JP Morgan Chase. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 17 of plaintiff's complaint.

## COUNT I
### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. § 1681, et seq. by THE DEFENDANTS

18. In response to Paragraph 18 of Plaintiff's Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

19. Equifax denies the allegations contained in paragraph 19 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 19 of plaintiff's complaint.

20. Equifax denies the allegations contained in paragraph 20 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 20 of plaintiff's complaint.

21. Equifax denies the allegations contained in paragraph 21 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 21 of plaintiff's complaint.

22. Equifax denies the allegations contained in paragraph 22 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 22 of plaintiff's complaint.

23. Equifax denies the allegations contained in paragraph 23 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 23 of plaintiff's complaint.

24. Equifax denies the allegations contained in paragraph 24 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 24 of plaintiff's complaint.

25. Equifax denies the allegations contained in paragraph 25 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 25 of plaintiff's complaint.

26. Equifax denies the allegations contained in paragraph 26 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 26 of plaintiff's complaint.

## COUNT II
## VIOLATIONS OF THE CONNECTICUT UNFAIR TRADE PRACTICES ACT, Conn. Gen. Stat. § 42-110a, et seq.

27. In response to Paragraph 27 of Plaintiff's Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

28. Equifax admits the allegations contained in paragraph 28.

29. Equifax denies the allegations contained in paragraph 29 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 29 of plaintiff's complaint.

30. Equifax denies the allegations contained in paragraph 30 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 30 of plaintiff's complaint.

## COUNT III

### NEGLIGENT, RECKLESS AND WANTON CONDUCT BY JPMorgan

31. In response to Paragraph 31 of Plaintiff's Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

32. Equifax denies the allegations contained in paragraph 32 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 32 of plaintiff's complaint.

33. Equifax denies the allegations contained in paragraph 33 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 33 of plaintiff's complaint.

34. Equifax denies the allegations contained in paragraph 34 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 34 of plaintiff's complaint.

## COUNT IV
### DEFAMATION

35. In response to Paragraph 35 of Plaintiff's Complaint, Equifax reasserts and re-alleges its responses and defenses as set forth above.

36. Equifax denies the allegations contained in paragraph 36 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 36 of plaintiff's complaint.

37. Equifax denies the allegations contained in paragraph 37 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 37 of plaintiff's complaint.

38. Equifax denies the allegations contained in paragraph 38 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 38 of plaintiff's complaint.

39. Equifax denies the allegations contained in paragraph 39 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 39 of plaintiff's complaint.

Equifax denies that Plaintiff is entitled to any of the relief set forth in Plaintiff's Complaint.

Any allegation of the Complaint not expressly admitted is denied.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

**FIRST DEFENSE**

As a defense, Equifax asserts that Plaintiff's Complaint fails to state a claim against Equifax upon which relief can be granted.

**SECOND DEFENSE**

At all times relevant herein, Equifax maintained reasonable procedures in its handling of Plaintiff's consumer credit file.

**THIRD DEFENSE**

Equifax has acted in good faith and without malice or intent to injure Plaintiff.

**FOURTH DEFENSE**

Equifax's publication of information about Plaintiff, if any, was privileged and justified.

**FIFTH DEFENSE**

Equifax has complied with the provisions of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, in its handling of Plaintiff's credit files.

**SIXTH DEFENSE**

Plaintiff's claims are barred by his own contributory negligence.

**SEVENTH DEFENSE**

Plaintiff has failed to mitigate his damages.

**EIGHTH DEFENSE**

Plaintiff's complaint seeks the imposition of punitive damages. Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: BMW v. Gore, 517 U.S.

559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532 U.S. 923 (2001) and State Farm v. Campbell, 538 U.S. 408 (2003).

### NINTH DEFENSE

Plaintiff's damages, if any, were not caused by Equifax; but rather, they were caused by another person or entity for whom or for which Equifax is not responsible.

### TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### ELEVENTH DEFENSE

Some or all of Plaintiff's claims are pre-empted by the Fair Credit Reporting Act, 15 U.S.C. § 1681h(e).

### TWELFTH DEFENSE

As a defense, Equifax asserts that some or all of plaintiff's claims are barred by qualified immunity.

### THIRTEENTH DEFENSE

Equifax Inc. is not a credit reporting agency.

### FOURTEENTH DEFENSE

Equifax Inc. is not a proper party to this action.

### FIFTEENTH DEFENSE

Equifax reserves the right to have additional defenses that it learns of through the course of discovery.

**WHEREFORE**, having fully answered or otherwise responded to the allegations contained in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) That Equifax be dismissed as a party to this action;

(3) That this lawsuit be deemed frivolous and Equifax recover from plaintiff its expenses of litigation, including but not limited to attorneys' fees pursuant to 15 U.S.C. § 1681n(c) and 15 U.S.C. § 1681o(b); and

(4) That Equifax recover such other and additional relief, as the Court deems just and appropriate.

Respectfully submitted this 23rd day of November, 2010.

/s/
Eric D. Daniels (ct 01582)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299
Email:  edaniels@rc.com

## **CERTIFICATION**

I hereby certify that on this date, November 23, 2010, a copy of the foregoing Answer and Defenses was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_____
Eric D. Daniels